**Opinion issued June 18, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00429-CR

———————————

**HORTENSE ROSE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1381841**

---

## MEMORANDUM OPINION

Appellant, Hortense Rose Williams, has filed a motion to dismiss the appeal.

The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a),

and we have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.2(a).

Williams has also filed a motion to expedite the issuance of our mandate. The motion establishes good cause for early issuance of the mandate, to enable Williams to begin serving her term of community supervision. *See* TEX. R. APP. P. 18.1(c).

Accordingly, we grant Williams's motions, dismiss the appeal, and direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1, 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).